Youssef H. Hammoud (SBN: 321934)
L. Tegan Rodkey (SBN: 275830)
**Price Law Group, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Jill Cicinato*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL CICINATO,<br><br>        Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>        Defendant. | Case No.: 2:20-cv-03902-AB-PVC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT CAPITAL ONE BANK (USA), N.A.** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jill Cicinato ("Plaintiff") and Defendant Capital One Bank (USA), N.A., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Capital One Bank (USA), N.A. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

///

///

///

|   |   |
|---|---|
|   | RESPECTFULLY SUBMITTED, |
| DATED: July 29, 2020 | By: */s/ Youssef H. Hammoud* <br> Youssef H. Hammoud (SBN: 321934) <br> **Price Law Group, APC** <br> 6345 Balboa Blvd., Suite 247 <br> Encino, CA 91316 <br> T: (818) 600-5596 <br> F: (818) 600-5496 <br> E: youssef@pricelawgroup.com <br> *Attorneys for Plaintiff,* <br> *Jill Cicinato* |
| Dated: July 29, 2020 | By: */s/ Marcos D. Sasso* <br> Marcos D. Sasso (SBN: 228905) <br> **BALLARD SPAHR LLP** <br> 2029 Century Park East, Suite 800 <br> Los Angeles, CA 90067-2909 <br> Telephone: 424.204.4400 <br> Facsimile: 424.204.4350 <br> E-mail: sassom@ballardspahr.com <br> *Attorneys for Defendant,* <br> *Capital One Bank (USA), N.A.* |

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

| | |
|---|---|
| Dated: July 29, 2020 | **PRICE LAW GROUP, APC** <br><br> By: */s/ Youssef H. Hammoud* <br> Youssef H. Hammoud <br> *Attorneys for Plaintiff,* <br> *Jill Cicinato* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                                         PRICE LAW GROUP, APC

                                                         */s/ Tyla Flores-Gray*