**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JILL CICINATO,<br><br>            Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>            Defendant. | Case No.: 2:20-cv-03902-AB-PVC<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CAPITAL ONE BANK (USA), N.A.** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Capital One Bank (USA), N.A. ("Stipulation," Dkt. No. 15), and for good cause appearing, **IT IS HEREBY ORDERED** that the Stipulation is **GRANTED.** The above-entitled matter is hereby **DISMISSED WITH PREJUDICE** as to Defendant Capital One Bank (USA), N.A., with the parties to bear their own attorneys' fees, costs, and expenses.

   **IT IS SO ORDERED.**

DATED: July 30, 2020                          _____
                                                              Hon. André Birotte Jr.
                                                              United States District Judge